**Lisa Gay MERCADO, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 43802.

Missouri Court of Appeals,
Western District.

June 4, 1991.

J. Gregory Mermelstein, Columbia, for appellant.

William Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

PER CURIAM:

## ORDER

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).